UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARTHA L.,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

No. 1:20-CV-003-H-BU

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on July 27, 2021. *See* Dkt. No. 29. Judge Parker recommended that the Court reverse the decision of the Commissioner of Social Security and remand this case for further proceedings. *Id.* at 14. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for plain error. Finding none, the Court accepts the FCR of the United States Magistrate Judge. The decision of the Commissioner of Social Security is reversed, and this case is remanded to the Commissioner of Social Security for further proceedings consistent with the findings and conclusions of the United States Magistrate Judge.

So ordered on August 13, 2021.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGEss