UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARTHA L.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

No. 1:20-CV-003-H-BU

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate John R. Parker made Findings, Conclusions, and a Recommendation (FCR) regarding plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. No. 32) on December 8, 2021. *See* Dkt. No. 37. Judge Parker recommended that the Court grant the plaintiff's motion and award the plaintiff $4,719.60 in attorney fees—the same figure defendant calculated in her response (Dkt. No. 35 at 3) and plaintiff agreed to in her reply (Dkt. No. 36). Dkt. No. 37 at 2. Judge Parker independently determined that both the agreed upon hourly rate and the number of hours worked were reasonable. *Id.*

Where no specific objections are filed within fourteen days, the Court reviews the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). No objections to the FCR were filed.

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 37). Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. No. 32) is granted, and the Court awards plaintiff $4,719.60 in attorneys' fees.

So ordered on January 7, 2022.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE